Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judgment of sentence vacated and case remanded for resentencing. Jurisdiction relinquished.

MONTEMURO, J., filed a memorandum concurring statement.

473 A.2d 672

Commonwealth v. Smith, Appellant.

Submitted October 3, 1983. James S. Bruno, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Appeal quashed.

473 A.2d 672

Commonwealth v. Smith, Appellant.